_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 30, 2019

KAEMPFER CROWELL
Louis M. Bubala, III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Facsimile:    (702) 796-7181
Email:  lbubala@kcnvlaw.com
Email:  bviellion@kcnvlaw.com

Attorneys for Fashion Show Mall, LLC

*Electronically Lodged*
*December 26, 2019*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

JOSHUA MICHAEL GRANTZ,

                    Debtor.

Case No.  BK-S-09-22832-abl
Chapter 7

**ORDER DENYING DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATION OF ORDER REOPENING CASE/ DISCHARGE INJUNCTION**

Hearing Date:     December 20, 2019
Hearing Time:        10:00 a.m.

The Debtor's Motion For Contempt Against Fashion Show Mall, LLC for Violation of Order Reopening Case/Discharge Injunction (the "Motion") (ECF No. 64), having come before this Court on the 20th day of December, 2019; Corey B. Beck appearing on behalf of Debtor Joshua Michael Grantz; Bryan Viellion appearing on behalf of Fashion Show Mall, LLC ("Fashion Show"); the Court finding that notice was given to all parties in interest as required and no other

2019 1223 Order re Motion for Contempt.docx   11453.228

Page 1 of 3

parties appearing; the Court having reviewed and considered the Motion, Fashion Show's Opposition filed on November 19, 2019 (ECF No. 70), arguments made by counsel at the hearing on November 21, 2019, and the papers and pleading on file in this case; and the Court having made its findings of fact and conclusions of law upon the record and which are incorporated in this Order by reference pursuant to FED. R. CIV. P. 52 made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Debtor's Motion is DENIED.

**IT IS HEREBY FURTHERED ORDERED** that Debtor's debt to Fashion Show on account of the personal guaranty securing the obligations of Talulah G. Inc. d/b/a Talulah G. under the June 6, 2003 lease agreement with Rouse F.S. LLC, as Fashion Show's predecessor in interest, was excepted from Debtor's discharge under 11 U.S.C. 523(a)(3)(A).

Submitted by:

KAEMPFER CROWELL

By:   */s/ Bryan M. Viellion*
Louis M. Bubala, III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Email:  lbubala@kcnvlaw.com
Email:  bviellion@kcnvlaw.com

Attorneys for Fashion Show Mall, LLC

<u>CERTIFICATION Re: Rule 9021</u>

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

☐       The Court has waived the requirement of approval under LR 9021(b)(1).

☐       No party appeared at the hearing or filed an objection to the motion.

☒       I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

COREY B. BECK       Emailed December 23, 2019       **Approved**/~~Disapproved/No Response~~
Debtor's Attorney

☐       I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

RESPECTFULLY SUBMITTED BY:

KAEMPFER CROWELL

By:   */s/ Bryan M. Viellion*
Bryan M. Viellion, SBN 13607
Attorneys for Fashion Show Mall, LLC

###