COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (Las Vegas)**

| | |
|---|---|
| In Re: ) | Case Number: 2:20-cv-00043-JAD |
| ) | |
| JOSHUA MICHAEL GRANTZ ) | |
| ) | **APPELLANT'S DESIGNATION OF** |
| Appellant(s). ) | **RECORD AND STATEMENTS OF** |
| ) | **ISSUES ON APPEAL FROM** |
| ) | **BANKRUPTCY COURT** |
| ) | |
| v. ) | JUDGE: Hon. Jennifer A. Dorsey |
| ) | |
| FASHION SHOW MALL, LLC. ) | |
| ) | |
| Appellee(s). ) | |
| _____ ) | |

**DESIGNATION OF RECORD**

| Bankruptcy Docket Number | Date Entered on Bankruptcy Docket | Brief Description of the Documents or Transcript |
|---|---|---|
| 7/19/2009 | 1 | Chapter 7 Voluntary Petition |
| 7/19/2009 | 2 | Statement of Social Security Number(s). |
| 7/19/2009 | 3 | Declaration Re: Electronic Filing |
| 7/19/2009 | 4 | Chapter 7 Statement of Income and Means Test Calculation - Form 22A |
| 7/19/2009 | 5 | Certificate of Credit Counseling |
| 7/19/2009 | 7 | Meeting of Creditors and Notice of Appointment of Trustee LENARD E. SCHWARTZER. 341 meeting to be held on 08/24/2009 at 01:00 PM at 341s - Foley Bldg,Rm 1500. Objections to Discharge due by 10/23/2009. |
| 7/23/2009 | 13 | Motion for Relief from Stay Property: 10969 Tranquil Waters Court, Las Vegas, NV 89135 . Fee Amount $150. Filed by CINDY LEE STOCK on behalf of JP MORGAN CHASE BANK |

| Date | Doc # | Description |
|---|---|---|
| 7/23/2009 | 14 | Notice Hearing - Motion for Relief From Stay |
| 7/24/2009 | 16 | Hearing Scheduled/Rescheduled. Hearing scheduled 8/19/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) (13) Motion for Relief from Stay filed by Creditor JP MORGAN CHASE BANK) |
| 8/25/2009 | 17 | 341 Meeting Continued on 10/19/2009 at 04:30 PM |
| 9/23/2009 | 23 | Notice of Cont. of 341 meeting to be held on 10/26/2009 at 04:30 PM |
| 10/21/2009 | 20 | Order for Relief From Automatic Stay |
| 10/27/2009 | 21 | 341 Meeting Continued on 11/30/2009 at 04:30 PM |
| 12/01/2009 | 22 | Initial Asset Report |
| 12/02/2009 | 23 | Change Case from No Asset to Asset |
| 01/15/2010 | 24 | Notice of Entry of Order - Order for Relief From Automatic Stay |
| 02/19/2010 | 26 | Order Discharging Debtor |
| 03/09/2010 | 28 | Withdrawal of Claim: 7 |
| 04/02/2010 | 29 | Tee's Notice of Assets & Notice File Claims Proof of Claim |
| 12/28/2010 | 31 | United States Trustee's Acknowledgment of Submission for Review of the Estate Trustee's Proposed Final Account and Proposed Distribution |
| 12/28/2010 | 32 | Trustee's Final Account and Proposed Distribution - Reviewed by UST |
| 12/30/2010 | 33 | Notice of Summary of Final Report and Account of Trustee Over $1500 for Lenard E. Schwartzer |
| 02/09/2011 | 36 | Order Approving Trustee's Payment of Final Compensation and Reimbursement of Expenses |
| 03/30/2011 | 38 | United States Trustee's Acknowledgment of Submission for Review of the Estate Trustee's Proposed Final Distribution Report. |
| 03/30/2011 | 39 | Trustee's Final Distribution Report - Reviewed by UST. |
| 03/30/2011 | 40 | Final Decree, Discharge of Trustee and Closing of Chapter 7 Case |
| 02/14/2014 | 41 | Motion to Reopen Chapter 7 Case |
| 02/17/2014 | 43 | Notice of Hearing - 03/12/2014 at 9:30 AM |
| 02/17/2014 | 44 | Certificate of Service |
| 02/18/2014 | 45 | Hearing Scheduled/Rescheduled. Hearing scheduled 3/12/2014 at 09:30 AM |

| | | |
|---|---|---|
| 02/18/2014 | 46 | Notice of Docketing Error (Related document(s)43 Notice of Hearing filed |
| 02/26/2014 | 47 | Request for Special Notice and Service of Papers with Certificate of Service Filed by GGP Limited Partnership |
| 03/11/2014 | 48 | Document PROOF OF SERVICE Filed by STEVEN J SZOSTEK |
| 04/22/2015 | 49 | Motion to Reopen Chapter 7 Case with Proposed Order Filed by JEFFREY S. POSIN |
| 04/23/2015 | 51 | Order Granting Motion To Reopen Chapter 7 Case |
| 04/23/2015 | 52 | Order Reassigning Case to Bankruptcy Judge LAUREL E. DAVIS. |
| 06/04/2015 | 55 | Amended Schedule[s] G, Summary of Schedules, Declaration Concerning Debtor[s] Schedules, Filed by JEFFREY S. POSIN on behalf of JOSHUA MICHAEL GRANTZ |
| 06/04/2015 | 56 | Amended Statement of Intention Filed by JEFFREY S. POSIN on behalf of JOSHUA MICHAEL GRANTZ |
| 06/04/2015 | 57 | Certificate of Service Filed by JEFFREY S. POSIN on behalf of JOSHUA MICHAEL GRANTZ (Related document(s)55 Schedules filed by Debtor JOSHUA MICHAEL GRANTZ, 56 Statement of Intention filed by Debtor JOSHUA MICHAEL GRANTZ) (Attachments: # 1 Service list) (POSIN, JEFFREY) |
| 02/08/2016 | 58 | Final Decree Discharge of Trustee and Closing of Chapter 7 |
| 10/22/2019 | 59 | Ex Parte Application for Order Reopening Bankruptcy Case Filed by COREY B. BECK on behalf of JOSHUA MICHAEL GRANTZ (Attachments: # 1 Exhibit Motion to Reopen # 2 Exhibit Amended Schedule G # 3 Exhibit Certificate of Service # 4 Exhibit Writ of Execution) |
| 10/22/2019 | 60 | Ex Parte Motion to Reopen Chapter 7 Case - Ex Parte Application for Order Reopening Bankruptcy Case. Fee Amount $260. Filed by COREY B. BECK on behalf of JOSHUA MICHAEL GRANTZ (Attachments: # 1 Exhibit Motion to Reopen # 2 Exhibit Amended Schedule G # 3 Exhibit Certificate of Service # 4 Exhibit Writ of Execution) |
| 10/23/2019 | 62 | Order Granting Motion To Reopen Chapter 7 Case |
| 10/23/2019 | 63 | Order Reassigning Case to Bankruptcy Judge AUGUST B. LANDIS. |
| 10/31/2019 | 64 | Motion for Contempt Against Fashion Show Mall, LLC., for Violation of Order Reopening Case/Discharge Injunction Filed by COREY B. BECK on behalf of JOSHUA MICHAEL GRANTZ |
| 10/31/2019 | 65 | Motion for Order Shortening Time Filed by COREY B. BECK on behalf of JOSHUA MICHAEL GRANTZ |

| Date | Doc # | Description |
|---|---|---|
| 10/31/2019 | 66 | Attorney Information Sheet Filed by COREY B. BECK on behalf of JOSHUA MICHAEL GRANTZ |
| 10/31/2019 | 67 | Request for Special Notice Filed by BRYAN M VIELLION on behalf of FASHION SHOW MALL, LLC |
| 11/05/2019 | 68 | Order Granting Motion for Order Shortening Time (Related document(s) 65). Hearing scheduled 11/21/2019 at 09:30 AM at ABL-Courtroom 1, Foley Federal Bldg. (Related document(s)64 Motion for Contempt filed by Debtor JOSHUA MICHAEL GRANTZ.) (cly) (Entered: 11/05/2019) |
| 11/05/2019 | 69 | Certificate of Service Filed by COREY B. BECK on behalf of JOSHUA MICHAEL GRANTZ (Related document(s)64 Motion for Contempt filed by Debtor JOSHUA MICHAEL GRANTZ, 68 Order on Motion for Order Shortening Time) |
| 11/19/2019 | 70 | Opposition with Certificate of Service Filed by BRYAN M VIELLION on behalf of FASHION SHOW MALL, LLC |
| 12/30/2019 | 72 | Order Denying Motion For Contempt |
| 01/07/2020 | 73 | Notice of Appeal. Filed by COREY B. BECK on behalf of JOSHUA MICHAEL GRANTZ. Fee Amount $298 (Related document(s)72 Order on Motion for Contempt.) |
| 01/08/2020 | 74 | Appeal Reference Number 20-01 (Related document(s)73 Notice of Appeal filed by Debtor JOSHUA MICHAEL GRANTZ.) |
| 01/08/2020 | 75 | Notice of Referral of Appeal to USDC. Appeal Reference # 20-01 (Related document(s)73 Notice of Appeal filed by Debtor JOSHUA MICHAEL GRANTZ.) |
| 01/08/2020 | 76 | Transmittal Form to USDC (Related document(s)73 Notice of Appeal filed by Debtor JOSHUA MICHAEL GRANTZ.) |
| 01/08/2020 | 77 | Appeal Memorandum to USDC. Appeal Reference # 20-01 |
| 01/08/2020 | 78 | Clerk Forwarded Appeal Documents to BNC for Noticing to: USDC (Related document(s)73 Notice of Appeal filed by Debtor JOSHUA MICHAEL GRANTZ.) |
| 01/08/2020 | 79 | USDC Appeal Court Case# 20-cv-00043-JAD Appeal Reference # 20-01 (Related document(s)73 Notice of Appeal filed by Debtor JOSHUA MICHAEL GRANTZ.) |
| 01/14/2020 | 80 | Receipt of Filing Fee for Notice of Appeal(09-22832-abl) [appeal,ntcapl] ( 298.00). Receipt number 19320623, fee amount $ 298.00.(re: Doc#73) |
| 01/21/2020 | 81 | Transcript Ordered. Acknowledgement of Request for Transcript of Testimony Received on 1/21/2020. Hearing held on 11/21/2019. Ordering Party: Corey Beck. The Reporter Expects to have the transcript completed by 1/28/2020. (ACCESS TRANSCRIPTS, LLC) (Entered: 01/21/2020) |

| 01/21/2020 | 82 | Transcript Ordered. Acknowledgement of Request for Transcript of Testimony Received on 1/21/2020. Hearing held on 12/20/2019. Ordering Party: Corey Beck. The Reporter Expects to Have the Transcript Completed by 1/28/2020. (ACCESS TRANSCRIPTS, LLC) (Entered: 01/21/2020) |
|---|---|---|

**STATEMENT OF ISSUES**

1. Whether the Bankruptcy Court erred in denying Debtor's Motion for Contempt for Violation of Order Reopening Case/Discharge Injunction?

2. Whether 11 U.S.C. §523(a)(3)(A) is controlling provision in said case?

3. Whether Honorable Judge Davis granted Debtor's Motion to Reopen filed on April 23, 2015 because of relief requested. "Debtor seeks to have his bankruptcy case reopened so that he may list personal guarantees on the leases as dischargeable debts."?

4. Whether commercial lease debt Rouse F.S. LLC., (predecessor to Fashion Show Mall, LLC.) was "known" by Debtor on April 22, 2015 - date Honorable Judge Davis granted Order Reopening Case?

5. Whether decision of Bankruptcy Court for violation of Order Reopening Case/ Discharge Injunction should be reversed because Rouse F.S. LLC., debt was not "known" when Honorable Judge Davis reopened the bankruptcy case so that schedules can be amended to discharge lease guarantee debt?

6. Whether In Re Beazley v. California Land Title Company 994 F.2d 1433, (9th Cir. 1993) should be extended to include omitted creditor in an "asset case" when there is no distribution to unsecured creditors?

7. Whether Fashion Show Mall, LLC., had duty to take action when creditor received notice of Order Reopening Case and amended schedules in June 2015?

///
//
/

DATED this 22nd day of January, 2020.

Respectfully submitted,

  /s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo

Attorney for Debtor

  ###

| | |
|---|---|
| 1 | COREY B. BECK, ESQ. |
| | Nevada Bar No.: 005870 |
| 2 | LAW OFFICE OF COREY B. BECK, P.C. |
| | 425 South Sixth Street |
| 3 | Las Vegas, NV 89101 |
| | Ph.: (702) 678-1999 |
| 4 | Fax: (702) 678-6788 |
| | Email: becksbk@yahoo |
| 5 | |
| | Attorney for Debtor |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (Las Vegas)**

In Re:                                                    )     Case Number: 2:20-cv-00043-JAD
                                                          )
JOSHUA MICHAEL GRANTZ          )     JUDGE: Hon. Jennifer A. Dorsey
                                                          )
                    Appellant(s).              )
v.                                                       )
                                                          )
FASHION SHOW MALL, LLC.       )
                                                          )
                    Appellee(s).                )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2020, I mailed a true and correct copy of the filing of ***APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT***, via electronic filing, via facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

Bryan Viellion, Esq.                          **SENT VIA ECF FILING**
Kaempfer Crowell                           **SENT VIA YAHOO EMAIL**
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Ph.: (702) 792-7000
Email: bviellion@kcnvlaw.com

Louis Martin Bubala, III                   **SENT VIA ECF FILING**
Kaempfer Crowell                           **SENT VIA YAHOO EMAIL**
50 W. Liberty St., Ste. 700
Reno, NV 89501
Ph.: 775-852-3900
Email: lbubala@kcnvlaw.com

                                           /s/ VANESSA ANDERSON
                                           Employee of Corey B. Beck, Esq.